PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>A black SanDisk 4GB flash drive, a silver US Modular 12GB Monster Drive, an unmarked black flash drive, an unidentified flash drive with no external case, a blue Dane-Elex 1 GB flash drive, a black Linksys flash drive bearing serial number 12R10602500386, CURRENTLY LOCATED AT Federal Bureau of Investigation Evidence Control Room, Sacramento, California. | CASE NO.  5:16-SW-00017-JLT<br><br>[~~PROPOSED~~] ORDER DELAYING NOTICE<br><br>**<u>UNDER SEAL</u>** |

The United States has represented that there exists an ongoing investigation into the narcotics

trafficking and money laundering activities of the parties named in the application and order, signed

June 10, 2016, which authorized agents of FBI seize and search a black SanDisk 4GB flash drive, a

silver US Modular 12GB Monster Drive, an unmarked black flash drive, an unidentified flash drive with

no external case, a blue Dane-Elex 1 GB flash drive, a black Linksys flash drive bearing serial number

12R10602500386. On June 21, 2016 agents executed the warrant and reviewed the electronic files

contained on the electronic devices. The government has further represented that service of the notice

required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing

investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

be required to serve the notice shall be postponed for 90 days from the date of this Order.

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated:   **July 25, 2016**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE