1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of: | CASE NO. 5:16-SW-00017-JLT |
   | --- | --- |
   | A black SanDisk 4GB flash drive, a silver US Modular 12GB Monster Drive, an unmarked black flash drive, an unidentified flash drive with no external case, a blue Dane-Elex 1 GB flash drive, a black Linksys flash drive bearing serial number 12R10602500386, CURRENTLY LOCATED AT Federal Bureau of Investigation Evidence Control Room, Sacramento, California. | EX PARTE MOTION FOR ORDER DELAYING NOTICE  **UNDER SEAL** |

17

18      On June 10, 2016, the Court authorized agents of FBI seize and search a black SanDisk 4GB

19 flash drive, a silver US Modular 12GB Monster Drive, an unmarked black flash drive, an unidentified

20 flash drive with no external case, a blue Dane-Elex 1 GB flash drive, a black Linksys flash drive bearing

21 serial number 12R10602500386. On June 21, 2016 agents executed the warrant and reviewed the

22 electronic files contained on the electronic devices.

23      The United States now, pursuant to Rule 41 (f)(3), moves for an order postponing for 180 days,

24 the period within which the government will serve the required inventory. In support of the motion, I,

25 BRIAN K. DELANEY, the Assistant United States Attorney who is currently supervising the

26 underlying narcotics investigation of Raymond Mireles, aka Panther and others, represent as follows:

27      At the present time, the investigation into the narcotics trafficking and money laundering

28 activities of Raymond Mireles, aka Panther and the other targets is ongoing. Given that the investigation

is ongoing, there is good cause to postpone notice regarding the Court's June 10, 2016 search warrant and delay order. Law enforcement continues to investigate Raymond Mireles, aka Panther and other targets and is attempting to identify partially identified or unidentified co-conspirators in this drug trafficking organization.  As a result, agents believe that notifying Raymond Mireles, aka Panther of the existence of the Court's June 10, 2016, search warrant may cause him and perhaps other targets to flee or take other actions to conceal their whereabouts and criminal activity. Therefore, the value of non-disclosure at this time outweighs any interest in notice to Raymond Mireles, aka Panther of the search warrant and inventory.

Therefore, in light of the fact that the criminal investigation into Raymond Mireles, aka Panther is ongoing, the United States believes that it is reasonable and appropriate for the Court to postpone for 180 days the time within which the United States must serve the inventory required by Rule 41(f)(2)(C). Should the United States seek any further extension of that time, it will make a further application to the Court.

The United States requests that, given the sensitive nature of the information provided herein, that the Court place this motion and the Court's order under seal.

Dated:  October 21, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ BRIAN K. DELANEY
BRIAN K. DELANEY
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>A black SanDisk 4GB flash drive, a silver US Modular 12GB Monster Drive, an unmarked black flash drive, an unidentified flash drive with no external case, a blue Dane-Elex 1 GB flash drive, a black Linksys flash drive bearing serial number 12R10602500386, CURRENTLY LOCATED AT Federal Bureau of Investigation Evidence Control Room, Sacramento, California. | CASE NO. 5:16-SW-00017-JLT<br><br>[~~PROPOSED~~] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking and money laundering activities of the parties named in the application and order, signed June 10, 2016, which authorized agents of FBI seize and search a black SanDisk 4GB flash drive, a silver US Modular 12GB Monster Drive, an unmarked black flash drive, an unidentified flash drive with no external case, a blue Dane-Elex 1 GB flash drive, a black Linksys flash drive bearing serial number 12R10602500386. On June 21, 2016 agents executed the warrant and reviewed the electronic files contained on the electronic devices. The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 180 days from the date of this Order.

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated:   **October 21, 2016**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE